

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-09-00403-CV

**THE CITY OF SAN ANTONIO**
Appellant/Cross-Appellee

v.

**KOPPLOW DEVELOPMENT, INC.,**
Appellee/Cross-Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-08167
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

The panel has considered the appellant/cross-appellee's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court